**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-7707**

GEORGE RANDOLPH SUTTON, JR.,

Plaintiff - Appellant,

versus

J. MEMMELAAR, Lieutenant, SBI Drug Detective;
MIKE K. HORSTMAN, SBI Drug Detective; JERRY
MOZINGO, IRS State Official; C. B. VICKORY,
District Attorney,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle,
District Judge. (CA-05-257-BO)

Submitted: May 16, 2006                     Decided: May 19, 2006

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George Randolph Sutton, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George Sutton, Jr. appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint and denying his subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm both orders for the reasons stated by the district court. See <u>Sutton v. Memmelaar</u>, No. 5:05-CT-257-BO (W.D.N.C. Sept. 22, 2005); <u>Sutton v. Memmelaar</u>, No. 5:05-CT-257-BO (W.D.N.C. June 9, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>